No. 10–8196. TOMEY ET UX. *v.* LAMBDIN. Ct. Sp. App. Md. Certiorari denied.

No. 10–8794. ANTONELLIS *v.* CUMBERLAND COUNTY SCHOOLS BOARD OF EDUCATION ET AL. Ct. App. N. C. Certiorari denied.

No. 10–8854. NELSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9019. MENKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9027. WOIDA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–9035. MITTS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–9070. PROCTOR *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–9078. DAVIS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–9152. MORENO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9204. CHAVEZ ET AL. *v.* MEDICAL ASSURANCE CO., INC., ET AL. Sup. Ct. Ark. Certiorari denied.

No. 10–9345. TROTMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9358. CARRILLO *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9431. HUNT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9465. BATTLES *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 10–9489. WELLS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.